UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEL ABELE,

      Plaintiff,

vs.                                                Case No. 8:04-cv-344-T-24 MSS

HERNANDO COUNTY, ET AL.,

      Defendants.
_____/

## O R D E R

This cause comes before the Court on Plaintiff's Motion for Disqualification of the Honorable Susan Bucklew (Doc. No. 114). In this motion, Plaintiff requests that the undersigned recuse herself because Plaintiff cannot receive any semblance of due process from her. The Court finds this motion to be groundless and denies it. Accordingly, it is **ORDERED AND ADJUDGED** that the motion is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of January, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff