UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEL ABELE,

    Plaintiff,

vs.                                                     Case No. 8:04-cv-344-T-24 MSS

HERNANDO COUNTY, ET AL.,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court on Plaintiff's motion requesting that Judge Susan Bucklew respond to Doc. No. 113, which is a motion for rehearing that was ruled on by Magistrate Judge Scriven (Doc. No. 115). (Doc. No. 117).

On September 22, 2006, Defendants attempted to take the deposition of Plaintiff in aid of execution. Plaintiff refused to answer certain questions at the deposition, and Defendants sought sanctions. (Doc. No. 108). Judge Scriven granted the motion for sanctions. (Doc. No. 112). Thereafter, Plaintiff filed a motion for rehearing (Doc. No. 113), which Judge Scriven denied (Doc. No. 115). Plaintiff now requests that the undersigned, not a magistrate judge, consider the motion for rehearing.

In the motion for rehearing, Plaintiff argues that Judge Scriven did not have the authority to grant sanctions to Defendants, since she is a magistrate judge and Plaintiff did not consent to her jurisdiction. The Court, however, rejects Plaintiff's argument that Judge Scriven lacked authority to award sanctions for his failure to respond to questions at a deposition in aid of execution.

Pursuant to 28 U.S.C. § 636(b), magistrate judges may be designated to hear and determine certain matters specified therein, and pursuant to § 636(b)(3), "[a] magistrate judge may be assigned such additional duties as are not inconsistent with the Constitution and laws of the United States."  Pursuant to Local Rule 6.01(c)(19), magistrate judges may conduct "all proceedings and the entry of all necessary orders in aid of execution."  Therefore, Plaintiff's consent to Judge Scriven's authority to rule on the motion for sanctions is unnecessary.  If Plaintiff disagreed with Judge Scriven's sanction order, the proper remedy was to timely appeal her decision to the district judge.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's motion requesting that Judge Susan Bucklew respond to Doc. No. 113 (Doc. No. 117) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 10th day of January, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff
The Honorable Mary S. Scriven