UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEL ABELE,

       Plaintiff,

vs.                                                Case No. 8:04-cv-344-T-24 MSS

HERNANDO COUNTY, ET AL.,

       Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Serve Third Party Complaint (Doc. No. 120) and Plaintiff's Motion for Temporary Injunction (Doc. No. 121).

The Court originally granted summary judgment in favor of Defendants in this case on April 1, 2005 and directed the Clerk to close the case. (Doc. No. 85). Plaintiff appealed the Court's decision, and the Eleventh Circuit affirmed this Court on March 22, 2006. (Doc. No. 100). Plaintiff now seeks to file a new complaint in this case against a new defendant (Doc. No. 120) and to get a temporary restraining order against the new defendant (Doc. No. 121). The Court denies Plaintiff's motions. If Plaintiff wants to proceed against new defendants, Plaintiff must file a new case, pay the filing fee, and proceed in the new case.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    Plaintiff's Motion to Serve Third Party Complaint (Doc. No. 120) is **DENIED**;

(2)    Plaintiff's Motion for Temporary Injunction (Doc. No. 121) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of February, 2007.

                                                SUSAN C. BUCKLEW
                                                United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff